IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JENNIFER LYNN LUEKEN,
Plaintiff,

v.                                                          Case No. 21–CV–00883–JPG

CROSSROADS CANCER CENTER,
MICHAEL BRUIN, and
IRENE DY,
Defendants.

## JUDGMENT

This matter having come before the Court,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Jennifer Lynn Lueken's

Complaint against Defendants Crossroads Cancer Center, Michael Bruin, and Irene Dy is

**DISMISSED WITHOUT PREJUDICE**.

**Dated: Tuesday, August 17, 2021**              **MARGARET M. ROBERTIE**
                                                 **CLERK OF COURT**

                                                 **s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
            **J. PHIL GILBERT**
            **UNITED STATES DISTRICT JUDGE**